## BATTLE *v.* THE STATE.

FISH, P. J.   An indictment framed under the provisions of the Penal Code, § 234, making it a felony to utter a forged "order for money or goods, or other thing of value," charged the accused with uttering a forged order, the tenor of which was as follows :   "Please let Minnie have that dress but not the wase for i dont owe but $3d and i will see to your getting the money. . . . it will be all-right :" *Held,* that the order itself sufficiently indicated that the dress was of value, as against a motion in arrest of judgment on the ground that the indictment failed to allege the value of the dress, or that it was an article of value.              *Judgment affirmed.   All the Justices concur.*

Submitted March 20, — Decided March 24, 1905.

Indictment for forgery.   Before Judge Felton.   Bibb superior court.   February 25, 1905.

*Jere Moore* and *Elijah W. Maynard,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.